**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  CHERIER LAMORE PHILLIPS
       1363 CONSTITUTION DR      CASE NO. 15-04285-MH3-13
       CLARKSVILLE, TN 37042
       Debtor
SSN: XXX-XX-1503

## NOTICE OF DEBTOR'S NEW ADDRESS

Comes now the debtor, by and through undersigned counsel, and hereby gives notice of **her NEW address** as follows:

    DEBTOR'S OLD ADDRESS

    1504 GREENS CIRCLE
    GOODLETTSVILLE, TN 37072

    **DEBTOR'S NEW ADDRESS**

    **1363 CONSTITUTION DR**
    **CLARKSVILLE, TN 37042**


                Respectfully Submitted,


                /S/MARK PODIS
                Mark R. Podis (BPR #012216)
                Attorney for Debtor
                1161 Murfreesboro Road Suite 300
                Nashville, TN 37217
                Phone (615) 399-3800
                Fax (615) 399-9794
                email – PodisBankruptcy@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203 and delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, mailed to the debtor, to all parties in interest and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 7th day of July, 2016.

      /s/Mark Podis
      MARK R. PODIS

      A TOTAL OF 44 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.

Total first class 44

Total Certified 0

Case 3:15-bk-04285   Doc 38   Filed 07/07/16   Entered 07/07/16 17:08:09   Desc Main
Document      Page 2 of 2